**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

WILLIAM D. MALLON, JR.,

    Plaintiff,

v.                                        Civil Action No. 3:11-cv-00244-REP

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant, Equifax Information Services LLC, through undersigned counsel, submits the following corporate disclosure statement:

    Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

    Respectfully submitted this 10th day of June, 2011.

                                              /s/
                                              John W. Montgomery, Jr.
                                              Virginia State Bar No. 37149
                                              Counsel for Equifax Information Services, LLC
                                              Montgomery & Simpson, LLLP
                                              2116 Dabney Road, Suite A-1
                                              Richmond, VA 23230
                                              Telephone (804) 355-8744
                                              Facsimile (804) 355-8748
                                              Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
lenbennett@clalegal.com
srotkis!clalegal.com

*Counsel for Plaintiff*

        /s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com